# Third District Court of Appeal

## State of Florida

Opinion filed July 6, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0275
Lower Tribunal No. 13-26649

————————

**Alisha Wynn,**
Appellant,

vs.

**David Urode,**
Appellee.

An Appeal from non-final orders from the Circuit Court for Miami-Dade County, Scott M. Bernstein, Judge.

Weinberger Law, PLLC, and John Weinberger (Clermont), for appellant.

Kaplan Loebl, LLC, and Liliana Loebl and Amanda B. Haberman, for appellee.

Before LINDSEY, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.